UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK CABADA, | No. C 12-4825 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CALIFORNIA C.D.C.; STATE OF CALIFORNIA, | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing a petition for writ of habeas corpus to challenge the fact of his confinement.

IT IS SO ORDERED AND ADJUDGED.

DATED: February 7, 2013

　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　United States District Judge