**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACK CABADA,

    Plaintiff,

    v.

CALIFORNIA C.D.C.;
STATE OF CALIFORNIA,

    Defendants.
                                       /

No. C 12-4825 SI (pr)

**JUDGMENT**

    This action is dismissed without prejudice to plaintiff filing a petition for writ of habeas corpus to challenge the fact of his confinement.

    IT IS SO ORDERED AND ADJUDGED.

DATED: February 7, 2013

                                                              SUSAN ILLSTON
                                                 United States District Judge